UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| Marsha Bledsoe,<br><br>                     Plaintiff,<br><br>– against–<br><br>LendingClub Corporation and Equifax Information Services, LLC<br><br>                     Defendant(s). | Civil Action No. 1:20-cv-00051-LG-RHW |

## NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Marsha Bledsoe, through its attorneys, the Law Office of Robert S. Gitmeid & Associates, PLLC, hereby dismisses Defendant LendingClub Corporation from this action without prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully Submitted, this the 17th day of July, 2020.

                                    **MARSHA BLEDSOE**

                                    /s/ Thomas Bellinder
                                    Thomas Bellinder, Esquire (Bar No. 103115)
                                    The Law Offices of Robert S. Gitmeid & Associates, PLLC
                                    11 Broadway, Suite 960
                                    New York, NY 10004
                                    (866) 707-4595
                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Thomas J. Bellinder, attorney for Plaintiff, hereby certify that a true and correct copy of a notice of service of the foregoing has been filed with the clerk of court via the ECF system which should provide a copy to counsel of record for all parties who have appeared in this matter via electronic means.

                                      This the 17th day of July, 2020.
                                      BY: __ /s/ Thomas J. Bellinder, Esq. _____