IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARSHA BLEDSOE                                                                                    PLAINTIFF

v.                                                           CIVIL ACTION NO. 1:20-CV-00051-LG-RPM

EQUIFAX INFORMATION
SERVICES, LLC                                                                                   DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT

**BEFORE THE COURT** is the [19] Joint Motion of Plaintiff Marsha Bledsoe and Defendant Equifax Information Services, LLC, to dismiss the Plaintiff's claims in this matter with prejudice and to retain jurisdiction to enforce the terms of the settlement agreement between Plaintiff and Equifax.  The Court has been advised by the parties that the claims between Plaintiff and Equifax, the only remaining Defendant in this matter, have been fully compromised and settled, that there remain no issues between Plaintiff and Equifax to be litigated by or between the parties nor adjudicated and determined by the Court, and that Plaintiff and Equifax have consented to the entry of this Judgment and have agreed that the Plaintiff's claims against Equifax should be dismissed with prejudice with the parties to bear their respective costs.  Being fully advised in the premises, the Court finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that the [19] Joint Motion to Dismiss filed by Plaintiff Marsha Bledsoe and Defendant Equifax Information Services, LLC, is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this action, and the Plaintiff's claims herein, are **DISMISSED WITH PREJUDICE** with the parties to bear their respective costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court shall retain jurisdiction over the claims between Plaintiff and Equifax to enforce the terms of the settlement agreement entered by Plaintiff and Equifax if necessary.

**SO ORDERED AND ADJUDGED** this the 19th day of October, 2020.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge

Agreed and Approved:

/s/ Thomas J. Bellinder
Thomas J. Bellinder, Of Counsel (MSB # 103115)
LAW OFFICES OF ROBERT S. GITMEID & ASSOC., PLLC
11 Broadway, Suite 960
New York, NY 10004
Toll Free: (866) 249-1137
Tel: (212) 226-5081
Fax: (212) 208-2591
ATTORNEY FOR PLAINTIFF MARSHA BLEDSOE


/s/ Price W. Donahoo
Price W. Donahoo, Esq. (MSB# 103223)
DONAHOO LAW FIRM, PLLC
Post Office Box 1549
Madison, Mississippi 39130
Phone: 601-213-0883
Fax: 601-368-8672
price@donahoolawfirm.com
ATTORNEY FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC